# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Gary DuBose Terry, | Civil Action No. 4:12-cv-1798-RMG |
| Petitioner, | |
| v. | **ORDER** |
| Bryan P. Stirling, Agency Director, South Carolina Department of Corrections, and Willie D. Davis, Warden of Kirkland Reception and Evaluation Center, | |
| Respondents. | |

Subsequent to issuing its Order granting an extension under 28 U.S.C. § 2266 (Dkt. No. 160), the Court has determined that the provisions regarding expedited habeas corpus proceedings in § 2266 do not apply in South Carolina. Specifically, for the time-limits in § 2266 to apply, the Attorney General of the United States must certify that a state has established certain standards regarding appointment of counsel as set out in 28 U.S.C. § 2261. *See* § 2261(b). As of the date of this Order, the Attorney General has not issued a certification to South Carolina. Therefore, the Thirty Day Extension Order (Dkt. No. 160) is **VACATED**.

**AND IT IS SO ORDERED.**

Richard M. Gergel
United States District Court Judge

June 10, 2019
Charleston, South Carolina